# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**THOMAS EDWARD TAYLOR**                                                                                     **PLAINTIFF**

**v.**                                                          **CIVIL NO. 1:22-cv-00027-HSO-BWR**

**INTERNAL REVENUE SERVICE, et al.**                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**. Plaintiff Thomas Edward Taylor's claims against Defendant Internal Revenue Service are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies, and his claims against Defendant Linda I. Aponte are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED AND ADJUDGED**, this 28th day of September, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE